**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARIA DE JESUS FLORES, | ) | NO. CV 12-1993-E |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

DATED: September 20, 2013.

                                                _____/S/_____
                                                    CHARLES F. EICK
                                      UNITED STATES MAGISTRATE JUDGE