Troy Monge, Esq.
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Maria De Jesus Flores

FILED
CLERK, U.S. DISTRICT COURT
JAN - 7 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARIA DE JESUS FLORES,

 Plaintiff,

 v

CAROLYN W. COLVIN,
Commissioner of Social Security,

 Defendant.

No. CV 12-1993 E

[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS

 Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

 IT IS ORDERED that the Commissioner shall pay the amount of THREE THOUSAND FOUR HUNDRED DOLLARS and NO CENTS ($3,400.00) for attorney fees and TWENTY DOLLARS and NO CENTS ($20.00) for costs, as authorized by 28 U.S.C. §§1920 and 2412(d), subject to the terms of the above-referenced Stipulation.

 Dated: 1/7/14

THE HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

1